Lindsay G. Leavitt – 029110
Lleavitt@jsslaw.com
Jordan T. Leavitt – 031930
jleavitt@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street
Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

*Attorneys for Defendant Liberty Hospitality Group, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Peter Strojnik,<br><br>  Plaintiff,<br><br>vs.<br><br>Liberty Hospitality Group, LLC d/b/a La Quinta Inn & Suites by Wyndham; Wyndham Hotels and Resorts, LLC;<br><br>  Defendants. | No.<br><br>**DEFENDANTS' NOTICE OF REMOVAL** |

Pursuant to Local Rule of Civil Procedure ("Local Rule") 3.6(a) and 28 U.S.C. §§ 1331, 1441(a)(c) and 1446, Defendant Liberty Hospitality Group, LLC d/b/a La Quinta Inn & Suites by Wyndham ("Defendant") provides notice of the removal to this Court of <u>*Strojnik vs. Liberty Hospitality Group, LLC d/b/a La Quinta Inn & Suites by Wyndham et al.,*</u> filed in the Yavapai County Superior Court, and assigned case number P1300CV202000856. This Removal has been filed with the express consent and approval of Defendant Wyndham Hotels and Resorts, LLC.

**I.   INTRODUCTION**

Mr. Strojnik—a former attorney who, in 2019, was disbarred from practicing law in Arizona for filing hundreds of meritless ADA accessibility lawsuits—has now begun filing ADA lawsuits as a *pro se* litigant and seeking tort damages for barriers to

accessibility that he alleges he personally encountered at Defendant's hotel and property. Mr. Strojnik has asserted a claim under the Americans with Disabilities Act ("ADA") as well as a smorgasbord of state law claims that all arise from his underlying ADA claim, including negligence, negligent misrepresentation, failure to disclose, common law fraud, consumer fraud, civil conspiracy/aiding and abetting. The Court has jurisdiction over the lawsuit because Mr. Strojnik's ADA claim against Defendant arises under federal law.

## II. THIS COURT HAS ORIGINAL JURISDICTION PURSUANT TO 28 U.S.C. § 1331 and § 1332

Under 28 U.S.C. § 1441(a), a defendant may remove any case over which the Court has "original jurisdiction." A district court has original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States. *See* 28 U.S.C. § 1331.

Mr. Strojnik has asserted claims against Defendant for alleged ADA violations that exist because of, and therefore arise under, the laws of the United States. See 42 U.S.C. § 12101, *et seq.*

## III. THIS NOTICE OF REMOVAL IS TIMELY

A defendant may file a Notice of Removal within "30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based…" 28 U.S.C. § 1446(b)(1).

Mr. Strojnik filed this Complaint in the Yavapai County Superior Court on October 19, 2020. *See Exhibit A*. He served Defendant via the Arizona Corporation Commission on December 8, 2020. *See Exhibit B*. This means Defendant's time for filing its Notice of Removal is January 7, 2021. Accordingly, this Notice is timely.

## IV. DEFENDANT HAS COMPLIED WITH THE LOCAL RULE GOVERNING REMOVAL.

Pursuant to LRCiv 3.6 (as amended on December 1, 2020) Defendant identifies and attaches the following documents:

| Document | Attached to Notice | Exhibit |
|---|---|---|
| Supplemental Cover Sheet | Yes | C-1 |
| State Court docket | Yes | Exhibit C-2 - C-10 |
| Operative Complaint | Yes | Exhibit C-4 |
| Service Documents | Yes | Exhibit C-5 & C -10 |
| Answer | Yes | Exhibit C-9 |
| State Court orders | Yes | C-7 & C-8 |
| Notices of Appearance | Not applicable | Not applicable |
| Pending Motions | Not applicable | Not applicable |
| Remainder of State Court Record | Yes | C 3 & C 6 |
| Verification of State Court Record | Yes | Exhibit D |

Contemporaneously with this filing, a separate notice will be filed in state court with a copy of this Notice attached as **Exhibit E**. *See* L.R.Civ. 3.6(a).

**V.    CONCLUSION**

Because this case satisfies the requirements for being in federal district court and Defendant has complied with the removal process, this case should be removed from the Yavapai County Superior Court to the U.S. District Court for the District of Arizona.

3

1       RESPECTFULLY SUBMITTED this 5th day of January, 2021.

2                              JENNINGS, STROUSS & SALMON, P.L.C.

3                       By  *s/ Lindsay G. Leavitt*

4                             Lindsay G. Leavitt
                            Jordan T. Leavitt

5                             One East Washington Street, Suite 1900
                            Phoenix, Arizona  85004-2554

6                             *Attorneys for Defendant*

7443150v1(69964.1)

# CERTIFICATE OF SERVICE

☐  I hereby certify that on January 5, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

☒  I hereby certify that on January 5, 2021, I served the attached document by Electronic mail on the following, who are not registered participants of the CM/ECF System:

Peter Srojnik
7847 N. Central Avenue
Phoenix, AZ 85020
ps@strojnik.com
*Plaintiff Pro Per*

David C. Onuschak
DLA Piper LLP (US)
2525 E. Camelback Rd. #1000
Phoenix, AZ 85106
david.onuschak@us.dlapiper.com
*Attorneys for Wyndham Hotels and Resorts, LLC*

      s/  Tana Davis-Digeno

5

7443150v1(69964.1)