Lindsay G. Leavitt – 029110
Lleavitt@jsslaw.com
Jordan T. Leavitt – 031930
jleavitt@jsslaw.com
JENNINGS, STROUSS & SALMON, P.L.C.
A Professional Limited Liability Company
One East Washington Street
Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

*Attorneys for Defendant Liberty Hospitality Group, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik,<br><br>  Plaintiff,<br><br>vs.<br><br>Liberty Hospitality Group, LLC d/b/a La Quinta Inn & Suites by Wyndham; Wyndham Hotels and Resorts, LLC;<br><br>  Defendants. | No. 3:21-cv-08000-PCT-DJH<br><br>**DEFENDANT LIBERTY HOSPITALITY GROUP, LLC'S ANSWER** |

Defendant Liberty Hospitality Group, LLC d//b/a La Quinta Inn & Suites ("Defendant"), admits, denies, states, and alleges as follows:

1. Defendant denies the allegations contained in Paragraph 1 of the Complaint.

2. In response to Paragraph 2 of the Complaint Defendant denies that there is collectively acceptable discrimination in the lodging industry, and is without sufficient information to determine the truth of the remaining allegations and therefore denies the same.

3. In response to Paragraph 3 of the Complaint, Defendant admits that public accommodations, like Defendant's hotel, are subject to ADA accessibility guidelines.

4. Defendant denies the allegations contained in Paragraphs 4 through 7 of the Complaint.

5. In response to Paragraph 8 of the Complaint, Defendant denies liability to Plaintiff under any legal theory.

6. In response to Paragraph 9 of the Complaint, Defendant is without sufficient knowledge or information to determine the truthfulness of the allegation contained therein and therefore denies the same.

7. Defendant admits the allegations contained in Paragraph 10 of the Complaint.

8. Defendant admits the allegations contained in Paragraph 11 of the Complaint.

9. Defendant denies the allegations contained in Paragraph 12 of the Complaint.

10. Defendant denies the allegations contained in Paragraph 13 of the Complaint.

11. Defendant denies the allegations contained in Paragraph 14 of the Complaint.

12. Defendant denies the allegations contained in Paragraph 15 of the Complaint.

13. In response to the allegations contained in Paragraph 16 of the Complaint, Defendant is without sufficient knowledge or information to determine the truthfulness of the allegations contained therein and therefore denies the same.

14. In response to the allegations contained in Paragraph 17 of the Complaint, Defendant is without sufficient knowledge or information to determine the truthfulness of the factual allegations contained therein and therefore deny the same and denies the legal conclusion that he has Article III standing.

15. In response to the allegations contained in Paragraph 18 of the

2

1  Complaint, Defendant is without sufficient knowledge or information to determine the
2  truthfulness of the allegations contained therein and therefore denies the same.

3        16.    In response to the allegations contained in Paragraph 19 of the
4  Complaint, Defendant is without sufficient knowledge or information to determine the
5  truthfulness of the allegations contained therein and therefore denies the same.

6        17.    In response to the allegations contained in Paragraph 20 of the
7  Complaint, Defendant is without sufficient knowledge or information to determine the
8  truthfulness of the allegations contained therein and therefore denies the same.

9        18.    In response to the allegations contained in Paragraph 21 of the
10 Complaint, Defendant is without sufficient knowledge or information to determine the
11 truthfulness of the allegations contained therein and therefore denies the same.

12       19.    In response to the allegations contained in Paragraph 22 of the
13 Complaint, Defendant is without sufficient knowledge or information to determine the
14 truthfulness of the allegations contained therein and therefore denies the same.

15       20.    In response to the allegations contained in Paragraph 23 of the
16 Complaint, Defendant is without sufficient knowledge or information to determine the
17 truthfulness of the allegations contained therein and therefore denies the same.

18       21.    In response to the allegations contained in Paragraph 24 of the
19 Complaint, Defendant is without sufficient knowledge or information to determine the
20 truthfulness of the allegations contained therein and therefore denies the same.

21       22.    In response to the allegations contained in Paragraph 25 of the
22 Complaint, Defendant is without sufficient knowledge or information to determine the
23 truthfulness of the allegations contained herein and therefore denies the same.

24       23.    In response to the allegations contained in Paragraph 26 of the
25 Complaint, Defendant is without sufficient knowledge or information to determine the
26 truthfulness of the allegations contained herein and therefore denies the same.

27       24.    In response to Paragraph 27 of the Complaint, Defendant denies that it
28

1 is liable to Plaintiff under any legal theory.

2   25.   In response to the allegations contained in Paragraph 28(a)-(x) of the Complaint, Defendant is without sufficient knowledge or information to determine the truthfulness of the allegations contained therein and therefore denies the same.

   26.   In response to the allegations contained in Paragraph 29 of the Complaint, Defendant is without sufficient knowledge or information to determine the truthfulness of the allegations and therefore denies the same.

   27.   Defendant denies the allegations contained in Paragraph 30 of the Complaint.

   28.   Defendant denies the allegations contained in Paragraph 31 of the Complaint.

   29.   Defendant denies the allegations contained in Paragraph 32 of the Complaint.

   30.   Defendant re-alleges the above responses.

   31.   Defendant denies the allegations contained in Paragraphs 34 through 38 of the Complaint.

   32.   Defendant re-alleges the above responses.

   33.   Defendant denies the allegations contained in Paragraphs 40 through 50 of the Complaint.

   34.   Defendant re-alleges the above responses.

   35.   Defendant denies the allegations contained in Paragraphs 52 through 58 of the Complaint.

   36.   Defendant re-alleges the above responses.

   37.   Defendant denies the allegations contained in Paragraphs 60 through 67.

   38.   Defendant re-alleges the above responses.

   39.   Defendant denies the allegations contained in Paragraphs 69 through 81.

   40.   Defendant re-alleges the above responses.

4

41. Defendant denies the allegations contained in Paragraphs 83 through 91.

42. Defendant re-alleges the above responses.

43. Defendant denies the allegations contained in Paragraphs 93 through 109.

44. Defendant re-alleges the above responses.

45. Defendant denies the allegations contained in Paragraphs 111 through 115.

46. Defendant denies the allegations contained in Paragraphs 116 and 117.

## AFFIRMATIVE DEFENSES

1. Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2. Plaintiff lacks standing under Article III.

3. Plaintiff's claims are barred, in whole or in part, because Plaintiff has not suffered damages.

4. Plaintiff's claims are moot.

5. Defendant owes no common law or statutory duty to Plaintiff.

6. The alleged ADA violations are not readily achievable.

7. Defendant reserves the right to amend this Answer after further discovery is completed.

8. Defendant affirmatively alleges that they are entitled to an award of their reasonable attorneys' fees and costs because this lawsuit is frivolous, unreasonable, or without foundation.

**WHEREFORE**, in connection with Plaintiff's Complaint, Defendant requests a judgment against Plaintiff as follows:

A. For a judgment dismissing with prejudice the Complaint alleged by Plaintiff;

B. For a judgment that includes Defendant's costs and reasonable attorneys'

fees pursuant to Arizona and federal statutes;

    C.    For a judgment that includes such other further relief as the Court may deem just and proper.

RESPECTFULLY SUBMITTED this 12th day of January, 2021.

                  JENNINGS, STROUSS & SALMON, P.L.C.

                  By *s/ Lindsay G. Leavitt*
                      Lindsay G. Leavitt
                      Jordan T. Leavitt
                      One East Washington Street, Suite 1900
                      Phoenix, Arizona 85004-2554
                      *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

☒    I hereby certify that on January 12, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Peter Srojnik
7847 N. Central Avenue
Phoenix, AZ 85020
ps@strojnik.com
*Plaintiff Pro Per*

David C. Onuschak
DLA Piper LLP (US)
2525 E. Camelback Rd. #1000
Phoenix, AZ 85106
david.onuschak@us.dlapiper.com
*Attorneys for Wyndham Hotels and Resorts, LLC*

☐    I hereby certify that on January 12, 2021, I served the attached document by Electronic mail on the following, who are not registered participants of the CM/ECF System:

                                  s/ Tana Davis-Digeno

7465959v1(69964.1)